**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-4798**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BENJAMIN DELANO KIRBY, JR.,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CR-99-
463-AMD)

───────────────

Submitted:  March 13, 2003          Decided:  March 26, 2003

───────────────

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Edward Smith, Jr., SMITH & GARRETT, P.A., Baltimore, Maryland, for
Appellant.  Thomas M. DiBiagio, United States Attorney, Harvey E.
Eisenberg, Assistant United States Attorney, Baltimore, Maryland,
for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Benjamin Kirby appeals his conviction and 188-month sentence imposed by the district court following his guilty plea to possession with intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1) (2000). Because we conclude that Kirby's waiver of his appellate rights was knowing and voluntary, we dismiss his appeal. See United States v. Attar, 38 F.3d 727, 731 (4th Cir. 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2